UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO. 07-52226
CHARLES WESLEY TAYLOR

CHAPTER 13

DEBTORS  JUDGE SHEA-STONUM

AFFIDAVIT OF DEFAULT

---

STATE OF ARIZONA )
COUNTY OF MARICOPA ) ss:

Olivia A. Todd, President of National Default Servicing Corporation, being first duly sworn, says that she is an authorized outsourcing agent for U.S. Bank, N.A., and, as such, is in charge of the record of payments on the account of Charles Wesley Taylor.

Affiant further says that pursuant to the Agreed Order entered January 9, 2009, Debtor Charles Wesley Taylor has failed to make the regular payments due for the months of June, July and August, 2009 in the amount of $456.25 each, and the stipulated payments due May, June, 2009 in the amount of $344.05 each, minus $224.58 held in suspense for a total due of $1,887.02 and that there is now due an owing on said note the sum of $41,737.49 with interest at the rate of 6.490% per annum from April 1, 2009.

Affiant further sayeth naught.

_____
Olivia A. Todd

Sworn to and subscribed in my presence by the said Olivia A. Todd this 16th day of September, 2009.

_____
NOTARY PUBLIC



OFFICIAL SEAL
JANICE A. TRUJILLO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Nov. 30, 2011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Affidavit of Default was forwarded by electronic filing and/or Regular U. S. Mail this   18th   day of November, 2009, to:

Charles Wesley Taylor, debtor
936 Jason Avenue
Akron, OH 44314
(served via, U.S.Mail)

James F. Ciccolini
Attorney for Debtor
1172 N. Wooster Road
Barberton, OH 44203
(served via, electronic noticing)

Keith Rucinski, Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
(served via, electronic noticing)

Office of the U.S. Trustee
Howard M. Metzenbaum U. S. Courthouse
201 Superior Avenue
Cleveland, OH 44114-1235
(served via ECF Noticing)

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito
_____
Erin M. Laurito